# Court of Appeals
# of the State of Georgia

ATLANTA,__June 28, 2022_____

*The Court of Appeals hereby passes the following order:*

## A22A1534. WILLIAM MABRY, II v. YARHONDA HIGHSMITH.

In January 2022, Yarhonda Highsmith obtained a family violence protective order against William Mabry, II. In February 2022, Mabry moved to modify, or in the alternative, dissolve the protective order. The trial court denied Mabry's motion. Mabry then filed this appeal. The trial court's order, however, is not subject to direct appeal.

Pursuant to OCGA § 5-6-35 (a) (2), a party must follow the discretionary appeal procedures to obtain review in a domestic relations case, including actions arising under the Family Violence Act. See *Schmidt v. Schmidt*, 270 Ga. 461, 461 (1) (510 SE2d 810) (1999). "[T]he term 'family violence' means . . . acts between past or present spouses, persons who are parents of the same child, parents and children, stepparents and stepchildren, foster parents and foster children, or other persons living or formerly living in the same household[.]" OCGA § 19-13-1. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  Mabry's failure to follow

the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  06/28/2022

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*